■ In the Matter of MYRON DI PASQUALE et al., Appellants, v. COUNTY OF NASSAU et al., Respondents.— Judgment of the Supreme Court, Nassau County, entered October 12, 1973, reversed, on the law, with $20 costs and disbursements to appellants against the respondent county, county agency and county official, and said respondents are enjoined from interfering with the employment of petitioners. (See *Matter of Bowne* v. *County of Nassau,* 45 A D 2d 304.) Hopkins, Acting P. J., Martuscello, Shapiro and Benjamin, JJ., concur.